USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL GEMMOLOGICAL
INSTITUTE INC.,

        Plaintiff,

- against -

ABE RAFAEIL et al.,

        Defendants.

05 Civ. 2395 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court adopts the findings of the Report and Recommendation of Magistrate Judge James C. Francis IV dated August 17, 2005. The only objections to the Report and Recommendation were resolved at the hearing on March 21, 2006. The Clerk is directed to enter judgment in favor of the plaintiff and against the defaulting defendants Shace Lulgjurag, Rosen Diamond Co., Inc., Ubex USA, Inc., and Mansour Farsijany, jointly and severally, in the amount of $18,240.325.44, together with interest at the rate of nine percent per year on the principal sum of $6,080,108.48 running from December 31, 2002, until the date of judgment, in accordance with the Magistrate Judge's Report and Recommendation.

    The Court further finds that there is no just reason for delay and directs the entry of final judgment against the

1

above-named defaulting defendants pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

**Dated: New York, New York
March 21, 2006**

_____
John G. Koeltl
United States District Judge